**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SCOTT CAWTHON,

                Plaintiff,                            22 **CIVIL** 7381 (JGLC)

    -against-                              **<u>JUDGMENT</u>**

LISHUANG,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 16, 2024, the Court has ADOPTED the Report and Recommendation and this action is DISMISSED without prejudice for lack of personal jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
           September 16, 2024

                                                        **DANIEL ORTIZ**
                                                        **Acting Clerk of Court**

                                **BY:**       *K. Mango*

                                                            **Deputy Clerk**